UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, and JOHN COOK, JR.<br><br>Defendants. | **DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br>**DNJ Case No. 3:21-cv-12971-ZNQ-RLS** |

**DEFENDANTS' MOTION TO COMPEL COMPLIANCE OF
LAWRENCE WEST WITH THIRD PARTY DOCUMENT SUBPOENA
FOR MATTER ARISING IN THE DISTRICT OF NEW JERSEY**

Pursuant to Rules 37 and Rule 45 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendants Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip N. Burgess, Jr., Walter Wojciechowski, and John Cook, Jr. ("Defendants"), by and through counsel, moves and requests that the Court compel third party Lawrence West ("West") to produce documents and information in compliance with the third party subpoena duces tecum (the "Document Subpoena"). Defendants respectfully request that the Court, pursuant to its authority under F.R.C.P. 45(f), refer the matter back to the District of New Jersey for resolution by the Federal Magistrate Judge that has been managing all discovery-related litigation in this matter. Should the Court retain jurisdiction, Defendants respectfully ask this Court to order West to produce all documents responsive to Defendants' requests.

3

The subpoena in question was issued within the jurisdiction of the Federal District Court for the District of Columbia; however, the underlying matter arises out of the District of New Jersey. The matter has been stayed pending a judicial referral to mediation; however, discovery is expressly permitted under the terms of the Order in aid of mediation. *See* Exhibit A (Order of Court). This subpoena is issued pursuant to the authority granted to the parties under the Order, and without objection from the SEC.

As set forth at length in the brief submitted in support of this Motion, on or about October 3, 2022, the Maryland Department of Taxation served West with Defendants' Document Subpoena. The Document Subpoena contained seven narrowly tailored categories of document requests. At issue is request number 6, which provides:

> Any and all documents concerning communications between West and Robert Farrell and/or Robert Szostak in connection with Ranger, Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip Burgess, Walter Wojciechowski and/or John Cook, Jr.

West as asserted that the documents responsive to Request 6 are subject to attorney-client privilege between him, Robert Farrell ("Farrell") and Robert Szostak ("Szostak").

On or about January 6, 2023, West made an initial production of responsive documents to Defendants' Document Subpoena. West did not include responsive documents to Request 6 of the Defendants' request in the initial production. West continues to hold the position that these documents and communications are subject to attorney-client privilege. Counsel for Defendants has been unsuccessful in their attempts to resolve the discovery dispute concerning West's production of responsive documents to Request 6 of the Document Subpoena.

West's position that responsive documents to Defendants' request are subject to the attorney-client privilege is without merit. There is no attorney-client privilege to assert. West was

not representing Farrell or Szostak in a legal capacity, nor did they believe that West was their legal counsel. Farrell and Szostak maintained the understanding that West was their consultant in their whistleblower claim against some of the Defendants.

For the foregoing reasons and those set forth in the accompanying memorandum, this Court should refer the matter back to the District of New Jersey for resolution by the Federal Magistrate Judge that has been managing all discovery-related litigation in this matter. Should the Court retain jurisdiction, Defendants request that the Court grant Defendants' Motion to Compel and enter an order requiring Lawrence West to comply with the third-party subpoena and to produce documents in accordance with the subpoena.

DATED: March 17, 2023                         **ARMSTRONG TEASDALE LLP**

*/s/ Richard L. Scheff*

Richard L. Scheff
rlscheff@atllp.com
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
*ATTORNEYS FOR PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, AND JOHN COOK, JR.*