UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, and JOHN COOK, JR.<br><br>　　　　　　Defendants. | **DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br>**DNJ Case No. 3:21-cv-12971-ZNQ-RLS** |

**NOTICE OF MOTION TO COMPEL THIRD PARTY LAWRENCE WEST TO COMPLY WITH DOCUMENT SUBPOENA**

TO:　Lawrence West
　　　SEC Whistleblower Consultants LLC
　　　1815 19th St., NW, Unit 4
　　　Washington, DC 20009
　　　301-887-7306

**PLEASE TAKE NOTICE** that on March 17, 2023, or as soon as counsel may be heard, or as otherwise ordered by the Court, the undersigned attorneys for Defendants Princeton Alternative Funding, LLC, MicroBilt Corporation, Philip N. Burgess, Jr., Walter Wojciechowski and John Cook, Jr. will move before the United States District Court for the District of Columbia, by way of Motion to Compel third party, Lawrence West, to comply with Third Party Document Subpoena issued in connection with litigation arising out of the District of New Jersey.

PLEASE TAKE FUTHER NOTICE that Defendants will respectfully request, as an appropriate alternative to review by this Court, and pursuant to the Court's authority under

1

F.R.C.P. 45(f), that the Motion to Compel be referred back to the District of New Jersey for resolution by the Federal Magistrate Judge that has been managing all discovery-related litigation in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely upon the attached Memorandum and supporting documents.

Oral Argument is requested if opposition is filed.

DATED: March 17, 2023                    **ARMSTRONG TEASDALE LLP**

*/s/ Richard L. Scheff*

Richard L. Scheff
rlscheff@atllp.com
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
*ATTORNEYS FOR PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, AND JOHN COOK, JR.*