UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON ALTERNATIVE FUNDING, LLC, MICROBILT CORPORATION, PHILIP N. BURGESS, JR., WALTER WOJCIECHOWSKI, and JOHN COOK, JR.<br><br>Defendants. | **DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br>**DNJ Case No. 3:21-cv-12971-ZNQ-RLS** |

**PROPOSED FORM OF ORDER**

This matter, having been brought before the Court on Defendants' Motion to Compel Compliance with Third Party Subpoena in connection with a matter pending in the District Court for the District of New Jersey, and the Court having considered the arguments of counsel, and any opposition filed thereto, and for good cause shown,

IT IS on this _____ day of _____, 2023, ORDERED that pursuant to the Court's authority under F.R.C.P. 45(f), the Motion to Compel Third Party Lawrence West be referred back to the District of New Jersey for resolution by the Federal Magistrate Judge that has been managing all discovery-related litigation in this matter.

_____
U.S.M.J.