# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil Action No. 21-12971(ZNQ)(RLS) |
| Plaintiff, | |
| v. | **ORDER TO MEDIATION** |
| **PRINCETON ALTERNATIVE FUNDING LLC,** *et al.*, | |
| Defendants. | |

**THIS MATTER** having been brought before the Court by a joint letter filed by the parties (ECF No. 36) requesting that this action be referred for mediation to the Honorable Michael B. Kaplan, U.S.B.J.; and it appearing that mediation of this civil action would conserve the resources, and be in the best interests of the Court and of the parties; and the parties having consented to the mediation; and for good cause shown,

**IT IS** on this **23rd** day of **September 2022,**

**ORDERED** that this matter shall be, and hereby is, referred to mediation; and it is further

**ORDERED** that counsel and the parties shall participate in mediation. The Court hereby designates the Honorable Michael B. Kaplan, U.S.B.J., as mediator in this case; and it is further

**ORDERED** that the parties are to contact the mediator regarding his availability and to set a suitable date. The parties are to file a joint letter advising the Court when the mediation will take place; and it is further

**ORDERED** that counsel and the parties, including individuals with settlement authority, shall participate in the mediation sessions as requested by the mediator; and it is further

**ORDERED** that counsel and the parties, including individuals with settlement authority, shall participate in the mediation sessions as requested by the mediator; and it is further

**ORDERED** that the mediator may meet with counsel and parties jointly or *ex parte*. All information presented to the mediator shall be deemed confidential and shall be disclosed by the mediator only upon consent of counsel, except as necessary to advise the Court of an apparent failure to participate. The mediator shall <u>not</u> be subject to subpoena by any party. No statements

made or documents prepared for mediation sessions shall be disclosed in any subsequent proceeding or be construed as an admission against interests; and it is further

     **ORDERED** that all proceedings in this civil action are hereby stayed pending the mediation, except that discovery as an aid to mediation may be conducted as agreed to by the mediator and counsel. Any discovery conducted shall be limited to the exchange of those documents necessary to facilitate mediation; and it is further

     **ORDERED** that counsel shall notify the Court of the outcome of the mediation within **5 days** after the mediation has concluded.

     s/ Zahid N. Quraishi
     **ZAHID N. QURAISHI**
     **UNITED STATES DISTRICT JUDGE**