# EXHIBIT D

**State of Maryland**
**Department of Assessments and Taxation**

Taxpayer Services

**Larry Hogan**
*Governor*

**Michael L. Higgs**
*Director*

Date: 10/05/2022

RICHARD L. SCHEFF, ESQ.
SECURITIESAND EXCHANGE COMMISSION
2005 MARKET STREET
ONE COMMERCE SQUARE, 29TH FLOOR
PHILADELPHIA PA 19103

THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:
PLAINTIFF NAME     : SECURITIESAND EXCHANGE COMMISSION
TYPE OF REQUEST    : SERVICE OF PROCESS
DATE RECEIVED      : 10/03/2022
TIME RECEIVED      : 02:02 P.M.
RECORDING FEE      : $50.00
SOP NUMBER         : 00044027
CUSTOMER ID.       : 0003920929
WORK ORDER NUMBER  : 0005137504

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore Metro Area (410) 767-1350
Outside Metro Area (888) 246-5941

301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395
Telephone (410)767-4950 / Toll free in Maryland (888)246-5941
MRS (Maryland Relay Service) (800)735-2258 TT/Voice
Website: www.dat.maryland.gov

0013112231
CACCPT

```
PLAINTIFF NAME     : SECURITIESAND EXCHANGE COMMISSION
DATE FORWARDED     : 7 TO 10 BUSINESS DAYS FROM RECEIPT
CASE NUMBER        : 3:21-CV-12971
DEFENDANT(S)      1. SEC WHISTLEBLOWER CONSULTANTS LLC
                     1815 19TH STREET, NW
                     UNIT 4
                     WASHINGTON DC 20009
```