# EXHIBIT E

## How we are different

### EXPERIENCE

Unlike others who propose to represent SEC or CFTC whistleblowers, we have senior in-agency experience developing evidence and bringing cases. Our

### FOCUS

Unlike other firms, we do just one thing: we counsel individuals who have high-quality original information that could result in a significant SEC or

### REWARDS

With our experienced, expert assistance, the government can maximize the value of your information and bring the largest case possible, so

**SEC WHISTLEBLOWER**
CONSULTANTS

WHO WE ARE     FAQ     BLOG     CONTACT

.

## Our services cost you nothing, unless and until you get a monetary award

If you get an award, we receive a percentage of what you get. Because we are so confident that we can maximize your award, we can often agree to a lower percentage compared to other firms. We collaborate as needed with the leading attorneys in the SEC whistleblower field. This collaboration costs you nothing additional.

## Why SEC and CFTC enforcement investigation experience is important

SEC and CFTC whistleblower awards result only from large, successful government enforcement actions. Unlike False Claims Act whistleblowers, SEC and CFTC whistleblowers cannot bring their own lawsuits against fraudsters. They can only bring information to government enforcement staffs and help them make enforcement cases.

It takes years working in the upper levels of the enforcement division of a government agency to develop the inside knowledge needed to take a promising case from start to the biggest, most successful finish possible. If you are a would-be SEC or CFTC whistleblower looking for an attorney to help you, ask any law firm you are talking with if their firm includes lawyers who have personally investigated and supervised major SEC or CFTC enforcement investigations.

**Do you have high quality original information that could lead to a SEC or CFTC enforcement action in which over $1 million in sanctions is ordered?**

### SEC WHISTLEBLOWERS

Cases of special interest to us include non-US bribery (FCPA violations), large corporate accounting frauds, serious misconduct by broker-dealers or investment managers, frauds and other serious violations by hedge funds, and misconduct by high-frequency traders. The range for whistleblower awards

### CFTC WHISTLEBLOWERS

Cases of special interest to us include manipulation of benchmark rates, extensive frauds against customers or pool participants, market manipulation, serious trade practice violations, and illegal off-exchange transaction schemes. The range for whistleblower awards is between 10% and 30% of the