**EXHIBIT F**



≡   **LATHAM&WATKINS**LLP                    PEOPLE    CAPABILITIES    ACHIEVEMENTS    INSIGHTS    GLOBAL CITIZENSHIP    🔍  🌐 EN



# Lawrence A. West
Retired Partner

Washington, D.C.

---

**PROFILE**    |    **QUALIFICATIONS**    |    **NEWS & INSIGHTS**

---

## PROFILE

Larry West retired from Partnership on January 31, 2016. Mr. West was a partner in the Washington, D.C. office of Latham & Watkins. His practice focused on representing individuals and entities in Securities and Exchange Commission (SEC), Public Company Accounting Oversight Board (PCAOB), and other securities-related enforcement matters, conducting internal investigations, and counseling corporations and their officers regarding disclosure and corporate compliance issues.

Before joining Latham in 2006, Mr. West was an Associate Director of the Division of Enforcement at the SEC where he worked for 12 years. At the SEC, he was responsible for supervising a broad range of enforcement activities, including investigations involving issuer accounting fraud and other disclosure violations, audit failures, insider trading, broker-dealer misconduct and violations of the Foreign Corrupt Practices Act (FCPA).

Mr. West oversaw accounting fraud cases, including WorldCom and Parmalat. He was the lead investigator on the Commission's municipal securities yield-burning cases, and he supervised SEC staff working on the Enron investigation and on the Commission's industry-wide investigations into the auction-rate securities market and mutual fund breakpoints.

In 2002, Mr. West was awarded the SEC's Stanley Sporkin Award, which recognizes those who have made "exceptionally tenacious and insightful contributions" to the enforcement of the securities laws. Additionally, *Chambers USA* ranks Mr. West as one of the nation's leading Securities Regulation attorneys.

## QUALIFICATIONS

**EDUCATION**

JD, Yale Law School, 1991
AB, Harvard College, 1988

## NEWS & INSIGHTS



July 25, 2013  |  Client Alert
### "You Talkin' to Me?"
FAQs about the SEC's new general solicitation, Regulation D and "bad actor" rules.

**READ MORE**

---

SUBSCRIBE    NEWSROOM    OFFICES    ABOUT US    ALUMNI    CAREERS

in  🐦  f  ▶  📷

**LATHAM & WATKINS HAS OFFICES IN:**

Austin,  Beijing,  Boston,  Brussels,  Century City,  Chicago,  Dubai,  Düsseldorf,  Frankfurt,  Hamburg,  Hong Kong,  Houston,  London,  Los Angeles,  Madrid,  Milan,  Munich,  New York,  Orange County,  Paris,  Riyadh*,  San Diego,  San Francisco,  Seoul,  Shanghai,  Silicon Valley,  Singapore,  Tel Aviv,  Tokyo,  and Washington, D.C.



*In cooperation with the Law Firm of Salman M. Al-Sudairi LLC

© 2023 Latham & Watkins    Site Map    Privacy    Email Scam Warning    Attorney Advertising & Terms of Use