# EXHIBIT H

## 2021-09-11 02:28:29 UTC: +16097311474@iMessage -> [+16097314513@iMessage]

**From:** Bert <+16097311474@imessage>
**To:** Bob Farrel <+16097314513@imessage>
**Date:** Fri, 10 Sep 2021 22:28:29 -0400

I don't know what text hes referring to , and we have to discuss whether we have client attorney previlage with Larry

Szostak-000172222

**2021-09-11 02:29:36 UTC: +16097314513@iMessage -> [+16097311474@iMessage]**

**From:** Bob Farrel <+16097314513@imessage>
**To:** Bert <+16097311474@imessage>
**Date:** Fri, 10 Sep 2021 22:29:36 -0400

I don't think we do, but we'll have to check with Larry

Szostak-000172223