UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

PRINCETON ALTERNATIVE
FUNDING, LLC, MICROBILT
CORPORATION, PHILIP N. BURGESS,
JR., WALTER WOJCIECHOWSKI, and
JOHN COOK, JR.

        Defendants.

**DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
DNJ Case No. 3:21-cv-12971-ZNQ-RLS**

**CERTIFICATION OF EXHIBITS IN SUPPORT OF MOTION TO COMPEL
COMPLIANCE OF LAWRENCE WEST WITH
DOCUMENT SUBPOENA**

Richard L. Scheff, Esq., of full age, certifies that the following exhibits are true and correct copies of the following:

    **Exhibit A:**  Order of Court

    **Exhibit B:**  Complaint, *SEC v. MicroBilt Corporation, et al.*

    **Exhibit C:**  Document Subpoena

    **Exhibit D:**  Taxation Service Confirmation, State of Maryland

    **Exhibit E:**  Whistleblower Consultants Internet Advertising Documentation

    **Exhibit F:**  West, Retirement from Practice of Law

    **Exhibit G:**  West, Supplementary Submission

    **Exhibit H:**  Text Messages as Between Robert Szostak and Robert Farrell

    **Exhibit I:**  Retainer agreement, Whistleblower Consultants

**Exhibit J:**  Affidavit by Lawrence West

**Exhibit K:**  Retainer agreement, Whistleblower Consultants

**Exhibit J:**  West, Insurance Record

I certify that the foregoing statements made by me are true and correct to the best of my knowledge.  I understand that if any of the foregoing is willfully false, I am subject to punishment.


Dated: March 17, 2023                                  */s/ Richard L. Scheff*
                                                                          Richard Scheff