# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) ) ) v. ) ) PRINCETON ALTERNATIVE ) FUNDING, LLC, MICROBILT ) CORPORATION, PHILIP N. BURGESS, ) JR., WALTER WOJCIECHOWSKI, and ) JOHN COOK, JR. ) ) Defendants. ) ) | **DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br> **DNJ Case No. 3:21-cv-12971-ZNQ-RLS** |

## CERTIFICATION OF GOOD FAITH

Counsel for the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.

Dated: March 17, 2023                                                        */s/ Richard L. Scheff*
                                                                                                   Richard Scheff