## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by email, in accordance with the parties' agreement, on March 17, 2023, on all counsel of record as follows:

James E. Smith
smithja@sec.gov
*Counsel for Plaintiff*


Lawrence West
law.west@gmail.com


*/s/ Richard Scheff*

Richard L. Scheff